IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR185 |
| | ) | |
| v. | ) | |
| | ) | |
| KENDELL TEALER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's statement of objections to magistrate judge's order and request for hearing (Filing No. 43).  Having reviewed the motion and the brief in support thereof, as well as the original motion for bill of particulars and the briefs in support of and in opposition thereto, the Court finds the order of the magistrate judge (Filing No. 42) should be affirmed and defendant's objections thereto should be overruled.  Accordingly,

IT IS ORDERED:

1) The order of the magistrate judge is affirmed;

2) Defendant's statement of objections is overruled.

3) Trial of this matter is scheduled for:

**Monday, March 9, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare for trial or pursue

plea negotiations, and it will accommodate the schedule of counsel and of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between January 6, 2015, and March 9, 2015, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 6th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court