## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:14CR185** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **KENDELL TEALER,** | ) | |
| | ) | |
| Defendant. | ) | |

The defendant Kendell Tealer (Tealer) being charged with a capital offense and the court having been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel, I find Tealer is eligible for appointment of co-counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3005, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Jack Fisher, 105 N. Hudson, Suite 306, Oklahoma City, OK 73102, (405) 235-9466, is appointed as co-counsel to represent Tealer in this matter. Mr. Fisher shall enter his appearance *pro hac vice* forthwith in this matter.

**IT IS FURTHER ORDERED:**

The Clerk shall provide a copy of this order to Mr. Fisher and the Federal Public Defender for the District of Nebraska.

DATED this 22nd day of May, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge