IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG 0 7 2015
OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 14-CR185-LES-FG3-1 |
| v. | ) | **First** |
| | ) | **Scheduling Order** |
| KENDALL TEALER, | ) | |
| Defendant. | ) | |

8/30/2015   Parties to Conduct Discovery Conf. Regarding Racketeering and Murder issues and File Report to the Court Not Later than 10 Days thereafter.

8/31/2015   Government's Deadline to File Response to Defendant's Motion to Dismiss.

9/15/2015   Defendant's Deadline to File a Reply to Government's Response to Defendant's Motion to Dismiss.

9/30/2015   Fed. R. Crim. P. 17.1 Conference and Evidentiary Hearing on Defendant's Motion to Dismiss: 9:00 a.m. – 12:30 p.m.

10/01/2015  Evidentiary Hearing Continued on Defendant's Motion to Dismiss: 9:00 a.m. -12:30 a.m.

10/15/2015  Government's Rule 16 Discovery to Be Complete as to cell phone, ballistics, fingerprints, Shoe prints and DNA

10/26/2015  Fed. R. Crim. P. 17.1 conference

11/15/2015  Defense Mitigation Submission to the Local United States Attorney Regarding Death Penalty

11/15/2015  Defendant to give Notice of Any Guilt stage Defense under Rule 12.2

12/15/2015  Deadline for Government Disclosure Rule 16 (a)(1)(F) (Reports

| | |
|---|---|
| | examinations and tests) and Rule 16 (a)(1) (G) (Expert witnesses) regarding forensic issues and gang and racketeering experts |
| 1/11/2016 | Fed. R. Crim. P. 17.1 conference and Hearing on Pending Motions |
| 4/11/2016 | Before this date, Government shall not file Notice Pursuant to 18 U.S.C. § 3593 that the Death Penalty Will or Will Not be Sought If Defendant is Convicted of Murder |
| 4/11/2016 | Defense Motions to Suppress |
| 4/11/2016 | Government Notice of 404 (B) Evidence |
| 4/28/2016 | Fed. R. Crim. P. 17.1 conference and Hearing on Pending Motions |
| 5/1/2016 | Deadline for Defense Rule 16 (b)(1)(A-C) Defense disclosures |
| 5/12/2016 | Government Response Motions to Suppress |
| 6/15/2016 | All Rebuttal Expert Disclosure, from Any Party |
| 7/1/2016 | All Other Pretrial Motions, Including Daubert Motions and Motions in Limine |
| 7/1/2016 | Government Disclosure of all Jencks Act material, inclusive of all witness statements, FD-302s, and grand jury testimony for all witnesses including law enforcement witnesses. |
| 6/20/2016 | Requested Voir Dire and Jury Instructions |
| 7/8/2016 | Responses to Voir Dire and Jury Instructions |
| 6/2016 | Status Conference and Hearing on Pending Motions (to be scheduled by the Court) |
| 7/2016 | Pretrial Conference at 10:30 a.m.(to be scheduled by the Court) |
| 8/2016 | Jury Selection and Trial (If Death Penalty Not Sought) (to be scheduled by the Court) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### If Notice Filed By Government that the Death Penalty Will be Sought Pursuant to 18 U.S.C. § 3593

| Date | Event |
|---|---|
| 5/15/2016 | If Death Penalty is sought - Defense Expert Disclosure RULE 16 (b)(1)(C) as to all matters within the scope of Rule 12.2 (a) relating to a Notice of Insanity Defense with the understanding the penalty stage disclosures by the defense will be provided only to govt. counsel that is firewalled from the first stage of the case. |
| 6/15/2016 | Government Motion for Psychiatric or Psychological Examination |
| 7/22/2016 | Stage 2 (Death Penalty) Motions |
| 9/15/2016 | Government Expert Disclosure in Response to Defense Rule 12.2 Expert Notice |
| 9/12/2016 | Government Response to Penalty Motions |
| 10/6/2016 | Status Conference and Hearing on Pending Motions at 10:30 a.m. |
| 11/21/2016 | Requested Voir Dire and Jury Instructions |
| 12/12/2016 | Responses to Voir Dire and Jury Instructions |
| 12/2016 | Status Conference and Hearing on Pending Motions (to be scheduled by the Court) |
| 12/2016 | Pretrial Conference (to be scheduled by the Court) |
| 1/2017 | Jury Trial if Death Penalty is Sought (to be scheduled by the Court) |

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled.

ORDERED this 7 day of Aug, 2015.

_____
Magistrate Judge F.A. Gossett III

Approved as to Form and Content:

_____
Assistant U.S. Attorney Meredith B. Tyrakoski
TX #24057766
*And*
Assistant U.S. Attorney Matthew R. Molsen, #22693
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Attorneys for Plaintiff


Prepared and Submitted by:

Kristina B. Murphree #18373
Marks Clare & Richards, L.L.C.
11605 Miracle Hills Dr., Ste. 300
Omaha, NE  68154
KMurphree@MCRlawyers.com
*and*
Jack D. Fisher #2939
Post Office Box 1976
Edmond, OK  73083
okfishlaw@aol.com
Attorneys for Defendant