IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENDELL TEALER,<br><br>    Defendant. | 8:14CR185<br><br>ORDER |

This matter is before the Court on the government's Motion to Continue Hearing and Motion to Extend Time for Government to File Reply Brief (Filing No. 99). The government requests an extension of the deadline to respond to the defendant's Motion to Produce (Filing No. 97) until October 5, 2015. Additionally, the government seeks to continue the motion hearing scheduled for September 30, 2015 and October 1, 2015. For good cause shown, the government's Motion to Continue (Filing No. 99) will be granted.

**IT IS ORDERED:**

1. The government's Motion to Continue Hearing and Motion to Extend Time for Government to File Reply Brief [99] is granted, and the hearing set for September 30, 2015 and October 1, 2015 is cancelled.

2. The government shall file its Reply Brief regarding the Motion to Produce (Filing No. 97) on or before October 5, 2015.

3. The parties shall confer with each other and Chambers as to a new date for the hearing regarding the Motion to Dismiss [74].

Dated this 24th day of September, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge