IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:14CR185 |
| | ) | |
| v. | ) | |
| | ) | |
| KENDELL TEALER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time to file objection to recommendation and order denying motion to dismiss (Filing No. 152). The Court notes the motion is unopposed and finds it should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until February 3, 2016, to file an objection to the findings and recommendation of the magistrate judge (Filing No. 146) which recommends denial of defendant's motion to dismiss.

DATED this 26th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court