IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:14CR185 |
| | ) | |
| v. | ) | |
| | ) | |
| KENDELL TEALER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to extend (Filing No. 158). The Court notes defendant does not object to the request. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until February 24, 2016, to file a response to defendant's objections to the findings and recommendations of the Magistrate Judge.

DATED this 9th day of February, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court