IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 8:14CR185-JFB-FG3 |
| KENDALL TEALER, | ) | **Order** |
| Defendant. | ) | |

This matter is before the Court on the defendant's *Unopposed Motion for Extension of Time to File Reply Brief Re: Gov. Response Brief Filing No. 173*. The Government has no objection.

After consideration of the motion, it is the Order of the Court that the defendant's motion, Filing No. 176, is sustained. The defendant is granted an extension of fourteen (14) days or until March 23, 2016 to file his Reply Brief.

It is So Ordered.

DATED this 7th day of March, 2016

BY THE COURT:

___s/ Joseph F. Bataillon_____
Joseph F. Bataillon
Senior United States District Judge