IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 8:14CR185-JFB-FG |
| KENDALL TEALER, | ) | **Order** |
| Defendant. | ) | |

This matter is before the Court on the defendant's *Second Unopposed Motion for Extension of Time to File Reply Brief Re: Gov. Response Brief Filing No. 173*. The Government has no objection.

After consideration of the motion, it is the Order of the Court that the defendant's motion, Filing No. 181, is sustained. The defendant is granted an additional extension of seven (7) days or until March 30, 2016 to file his Reply Brief.

It is So Ordered.

DATED this 23rd day of March, 2016

BY THE COURT:

s/ Joseph F. Bataillon  
Senior United States District Judge