IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KENDELL TEALER,<br><br>                Defendant. | **8:14CR185**<br><br>**ORDER** |

Before the court is the Request for Transcript by a nonparty, Filing No. 224. After considering the matter,

IT IS ORDERED:

1.    The Request for Transcript (Filing No. 224) is granted, as outlined below.

2.    The nonparty petitioner must contact court reporter Rogene Schroder at (402) 661-7383 or roschrod79@yahoo.com to make arrangements for the preparation and payment of the transcript.

3.    The Clerk's Office is ordered to mail a copy of this order to the nonparty's attorney pursuant to Filing No. 224.

Dated this 28th day of September, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge