IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-CR185-JFB-FG3-1 |
| | ) | |
| v. | ) | **Fifth Revised** |
| | ) | **Scheduling Order** |
| KENDELL TEALER, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| 7/20/2016 | Defense Motions to Suppress and other pretrial motions |
| 8/19/2016 | Government Response Motions to Suppress and other pretrial motions |
| 9/9/2016 | Defense Reply Motion to Suppress and pretrial motions |
| 9/11/2016 | Deadline for Defense Rule 16 (b)(1)(A-C) Defense disclosures |
| 10/6/2016 | All Rebuttal Expert Disclosure, from Any Party |
| 10/31/2016 | All Other Pretrial Motions, Including Daubert Motions and Motions in Limine (except motions related to Jencks disclosures) |
| 11/29/2016 | Government Disclosure of all Jencks Act material, inclusive of all witness statements, FD-302s, and Grand Jury testimony for all witnesses including law enforcement witnesses (unless relevant to pre-trial evidentiary issues) |
| 12/2/2016 | Defense Motions related to Gang Discovery and *Brady* evidence Related to Jail Informant C.B. |
| 12/9/2016 | Defense Motions related to *Jencks* disclosures; Motions in Limine related to gang enterprise evidence and Co-Conspirator hearsay and Request for James Hearing |
| 12/9/2016 | Government Response Motions related to Gang Discovery and *Brady* evidence Related to Jail Informant C.B. |

12/16/2016   Government Response Motions related to *Jencks* disclosures; Motions in Limine related to gang enterprise evidence and Co-Conspirator hearsay and Request for James Hearing

12/19/2016   Motion Hearing - All pending motions at issue

1/17/2017   Jury Trial

Pre-Trial Delivery of Required Submissions:

- The government shall file and serve on opposing counsel at least five working days before the first day scheduled for trial, as appropriate, all proposed jury instructions, trial briefs, suggested verdict forms, proposed findings of fact and conclusions of law, and witness lists. The procedure for the submission of exhibits is set forth below.

- The defendant is encouraged also to submit to Senior Judge Bataillon's chambers at least five working days before trial proposed jury instructions, a trial brief, discovery material to be used at trial, and an exhibit notebook. Any materials so submitted shall not be disclosed to the government unless the defendant specifies otherwise.

- A party's witness list must include the full name and address of each witness whom the party may call to testify at trial. The address of each Government witness shall not be distributed or communicated to any individual other than defense counsel or the defense investigators.

- Parties are encouraged to submit proposed jury instructions on disk.

Exhibits:

- All exhibits must be pre-marked with stickers that indicate whether the government or the defendant is offering the exhibit.

- The government's exhibits shall begin with the number "1" and shall be numbered consecutively. If the government's last exhibit is a two-digit number (e.g., "34"), the defendant's first exhibit number shall be "100." If the government's last exhibit number is a three-digit number, the defendant's first exhibit number shall be a three-digit number rounded up to the next hundred. Thus, if the government's last exhibit number is "134," the defendant's first exhibit number would be "200."

- Exhibits must be listed before trial on exhibit forms available from the Clerk's office or on our web page at www.ned.uscourts.gov (Forms). [In this case the address of each witness shall not be distributed or communicated to any individual other than defense counsel or the defense investigators].

- The courtroom deputy will take custody of the exhibits after they are received by the court.

- Parties must deliver to Senior Judge Bataillon's chambers at least five working days before the first day scheduled for trial copies of all exhibits in a three-ring binder organized for use by dividers or tabs.

- Paragraphs 7 through 11 of the Order Setting Case for Trial entered April 25, 2016, Filing #191, shall remain in force and effect. This order supersedes any local rule of court or any order on final pretrial conference entered in these actions.

IT IS ORDERED:

1. The parties' Joint Motion for Fifth Revised Scheduling Order (Filing No. 256) is granted

2. No date set by this Order can be changed except for good cause and upon written Order of this Court prior to the date scheduled.

DATED this 1st day of December, 2016.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

3