IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

KENDELL TEALER,

           Defendant.

8:14CR185

ORDER FOR DISMISSAL

      Pursuant to Motion of the United States (Filing No. 280), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment without prejudice against Kendell Tealer.

      IT IS ORDERED that the Motion to Dismiss the Indictment without prejudice (Filing No. 280) is granted.

      Dated this 19th day of December, 2016.

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        JOSEPH F. BATAILLON
                                        Senior United States District Judge